THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CONSTRUCTION WORKERS PENSION TRUST FUND LAKE COUNTY AND VICINITY, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 1:18-CV-00068 |
| v. | ) ) | Judge Wood |
| HOOKS, AV, LLC, an Illinois Limited Liability Corporation, | ) ) ) | Magistrate Judge Mason |
| Defendant. | ) | |

**MOTION FOR ENTRY OF JUDGMENT**

Now comes the Plaintiff, CONSTRUCTION WORKERS PENSION TRUST FUND LAKE COUNTY AND VICINITY, by and through its Attorney, Robert B. Greenberg, and moves the Court for entry of judgment against Hooks, AV, LLC, pursuant to Court's Order previously entered and hearing on motion for judgment previously heard, and filing of judgment order, as requested and required by the Court.

1)  On February 14, 2019, the Court entered an Order requiring Defendant, Hooks, AV, LLC, to appear through counsel, and advise that in the event Hooks failed to defend the instant case, Plaintiff would be filing a motion for default judgment, which motion would be served on Hooks by certified mail or other method. See Order attached hereto as Plaintiff's Exhibit 1.

2)  Plaintiff filed its Notice of Motion for entry of default judgment and set for hearing on March 12, 2019, a copy of which Notice of Motion and Motion for Default Judgment are attached as Plaintiff's Exhibit 2.

3) Plaintiff filed its Judgment Order via delivery to the Court on March 12, 2019, and subsequently delivered its Judgment Order electronically to the Court on April 4, 2019. See Judgment Order attached hereto as Exhibit 3.

4) On March 12, 2019, the Court took Plaintiff's Motion under advisement. See Exhibit 4.

5) As of this date no Judgment Order has yet been entered, and Plaintiff respectfully requests that Judgment Order be entered instanter.

/s/ Robert B. Greenberg
Asher, Gittler & D'Alba, Ltd.
200 West Jackson Boulevard, Suite 720
Chicago, Illinois 60606
(312) 263-1500
Fax: (312) 263-1520
rbg@ulaw.com
IL ARDC#: 01047558

Dated: April 29, 2019